CHARLES H. COBB, Appellant, *v.* JACOB F. SPEITH, Surviving Partner of the Late Firm of Speith and Krug, Respondent.

See opinion in the case of *Krueger* v. *Speith, ante,* page 482.

*Appeal from the Third Judicial District, Gallatin County.*

*Luce & Luce,* for Appellant.

*E. W. Toole,* for Respondent.

De Wolfe, J.—The facts and questions of law involved in this case being the same as those decided at the present term in the case of *Louis Krueger* v. *Jacob F. Speith, as surviving partner of the firm of Speith and Krug, ante,* page 482, the same judgment and order will be entered in this cause as was made in that case.

Order reversed and cause remanded.

*Judgment reversed.*

McConnell, C. J., and Bach, J., concur.

---

DANIEL MAXEY, Appellant, *v.* JACOB F. SPEITH, Surviving Partner of the Late Firm of Speith and Krug, Respondent.

See opinion in case of *Krueger* v. *Speith, ante,* page 482.

*Appeal from the Third Judicial District, Gallatin County.*

*Luce & Luce,* for Appellant.

*E. W. Toole,* for Respondent.

De Wolfe, J.—The facts and questions of law involved in this case being the same as those decided at the present term in the case of *Louis Krueger* v. *Jacob F. Speith, as surviving partner of the firm of Speith and Kruth, ante,* page 482, the same judgment and order will be entered in this cause as was made in that case.

Order reversed and cause remanded.

*Judgment reversed.*

McConnell, C. J., and Bach, J., concur.